396 A.2d 60

Commonwealth ex rel. Magaziner v. Magaziner, Appellant.

Submitted March 29, 1978. Della R. Cohen, for appellant; Pamela Higgins and Michael K. Simon, for appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 60

Curcio, Appellant, v. DiLuzio.

Argued March 22, 1978. Allen S. Kellerman, for appellant; C. Norwood Wherry, for appellee.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.

The above case was decided prior to the retirement of HOFFMAN, J.